

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00319-CV

| | | |
|---|---|---|
| TOMMIE DENSON, Appellant | § | On Appeal from the 89th District Court |
| v. | § | of Wichita County (188,463-C) |
| | § | November 29, 2018 |
| CAPT N. SMITH AND C.O. ANGELLO SCHILLINGFORD, Appellees | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM